Duy Thai, SBN 157345
DThai@gammalaw.com
Marco Martemucci, SBN 287397
MMartemucci@gammalaw.com
Gamma Law, P.C.
One Sansome Street, Suite 1400
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorneys for Petitioner
STARTO ENTERTAINMENT, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to META PLATFORMS, Inc. | CASE NO.: 25-80283<br><br>**DECLARATION OF HIROYUKI NAKAJIMA IN SUPPORT OF REQUEST FOR SUBPOENAS TO OBTAIN THE IDENTITY OF SOCIAL MEDIA USERS PURSUANT TO 17 U.S.C. § 512(h)** |

I, <u>Hiroyuki Nakajima</u>, declare as follows:

1.    I am an attorney with the law firm Tokyo Flex Law Office, copyright counsel for STARTO ENTERTAINMENT, Inc. ("STARTO"). I make this declaration in support of STARTO's request for the clerk of the District Court for the Northern District of California to issue the subpoena filed concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto.

2.    I am duly authorized by STARTO to make this request on STARTO's behalf.

3.    STARTO is an entertainment company headquartered in Japan. Among other things, the company specializes in managing music artists and their live performances.

4.      STARTO recently discovered that certain users of the social media platforms, FACEBOOK and INSTAGRAM, both owned and operated by META PLATFORMS, Inc. ("META"), have been posting copied photos of performers managed by STARTO to impersonate them.

5.      STARTO is the authorized holder of the copyrights in the photos that have been in whole or in part copied, published, displayed, and/or distributed without authorization by anonymous internet users using FACEBOOK and INSTAGRAM. URLs containing the infringing content are identified in the DMCA notices STARTO sent to META on September 9, 2025, true and correct copies of which are attached hereto as **Schedule 1** (the "DMCA Notices").

6.      Upon information and belief, META provides content delivery services enabling the unauthorized reproduction and distribution of STARTO's copyrighted works using the URLs (associated with specific user accounts) identified in the DMCA Notices.

7.      On information and belief, META's policies require a subpoena or court order to compel the company to disclose information about a FACEBOOK or INSTAGRAM user or account used in furtherance of the infringement of another's copyrights

8.      The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringer(s) described in the DMCA Notices and such information will only be used for the purpose of protecting STARTO's copyright rights.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed on September 18, 2025 in Tokyo, Japan.

By: _____

Hiroyuki Nakajima