3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL　＋８１－３—３３５３—３５２１
MAIL  abuse.flex.law.group@gmail.com
Attorney for STARTO ENTERTAINMENT, Inc.


September 9, 2025

**<u>Via Email</u>**
Meta Platforms, Inc.
Attn: Meta Designated Agent
1601 Willow Road
Menlo Park, California 94025
650.543.4800
ip@fb.com

   **RE:**  ***NOTIFICATION OF COPYRIGHT INFRINGEMENT***
       **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  I represent STARTO ENTERTAINMENT, Inc., a Japanese corporation (hereinafter called "STARTO"), the copyright holder or representative of the copyright holder identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to STARTO's attention that certain users of your services have been posting photos of talents managed by STARTO in order to pretend to be them.
  More specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  STARTO has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Account and Infringing Work from your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Extibit A

| | Title of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|
| 1 | Photo | https://www.instagram.com/sn_meguro.ren_official | https://www.facebook.com/photo?fbid=122162711504593173 | https://www.facebook.com/ren.meguro.777907 |
| 2 | Photo | https://www.instagram.com/takuya.kimura_tak/ | https://www.facebook.com/photo?fbid=122102272496828040 | https://www.facebook.com/profile.php?id=61574841218375 |

**EXHIBIT A**

1 of 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３―３３５３―３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for STARTO ENTERTAINMENT, Inc.

September 9, 2025

**Via Email**
Meta Platforms, Inc.
Attn: Instagram Designated Agent
1601 Willow Road
Menlo Park, California 94025
650.543.4800
ip@instagram.com

    **RE:**    **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
            **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent STARTO ENTERTAINMENT, Inc., a Japanese corporation (hereinafter called "STARTO"), the copyright holder or representative of the copyright holder identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to STARTO 's attention that certain users of your services have been posting photos of talents managed by STARTO in order to pretend to be them.
    More specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    STARTO has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Account and Infringing Work from your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Extibit A

| | Title of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|
| 1 | Photo | https://www.instagram.com/daiki.arioka_official | https://www.instagram.com/p/shqvj9NXWX | https://www.instagram.com/arioka_daiki |
| 2 | Photo | https://www.instagram.com/kei_inoo.0622 | https://www.instagram.com/p/BerPEw9BXMl | https://www.instagram.com/inokei_ |
| 3 | Photo | https://www.instagram.com/arashi_5_official | https://www.instagram.com/satoshi_oono_official | https://www.instagram.com/satoshi_oono_official |
| 4 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/p/C_iMve_TR2i | https://www.instagram.com/nnfm_89 |
| 5 | Photo | https://www.instagram.com/jesse_essej_0611 | https://www.instagram.com/p/CfJJwkbvMlY | https://www.instagram.com/st_____je06 |
| 6 | Photo | https://www.instagram.com/jesse_essej_0611 | https://www.instagram.com/p/CH8d6udp5Zq | https://www.instagram.com/gt29830 |
| 7 | Photo | https://www.instagram.com/jesse_essej_0611 | https://www.instagram.com/p/CioVqvnPaSe | https://www.instagram.com/aha._.jesse.611 |
| 8 | Photo | https://x.com/WEareWEST7 | https://www.instagram.com/p/CdMWo16hKIu | https://www.instagram.com/west_sigeoka_official |
| 9 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/t.kyohei_official | https://www.instagram.com/t.kyohei_official |
| 10 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/CdMOhoTBjMc | https://www.instagram.com/st__juri_official |
| 11 | Photo | https://www.instagram.com/yuta_tamamori_kmf | https://www.instagram.com/p/B_f-qIDlcwf | https://www.instagram.com/tamamori.yuta |
| 12 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/p/Crm5v3ZyAhI | https://www.instagram.com/hujiwara.j.nd |
| 13 | Photo | https://www.instagram.com/tj_gentamatsuda_of | https://www.instagram.com/_genta_official_ | https://www.instagram.com/_genta_official_ |
| 14 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/st__hokuto_official | https://www.instagram.com/st__hokuto_official |
| 15 | Photo | https://www.instagram.com/toshiya_miyata_kmf | https://www.instagram.com/p/Cdu7h57FRz7 | https://www.instagram.com/miya.tatosiya |
| 16 | Photo | https://www.instagram.com/sn_kojimukai_officia | https://www.instagram.com/p/CsyWTtrPGlD | https://www.instagram.com/mk22348a |
| 17 | Photo | https://x.com/KMF2_0810MENT | https://www.instagram.com/wataru_yokoo.official | https://www.instagram.com/wataru_yokoo.official |
| 18 | Photo | https://www.instagram.com/raul_official_sn | https://www.instagram.com/p/CjIkmhkB5pZ | https://www.instagram.com/rauru_402 |
| 19 | Photo | https://www.instagram.com/sn_ryohei.abe_offici | https://www.instagram.com/p/ChLdWyTB8Fm | https://www.instagram.com/abcna43 |
| 20 | Photo | https://www.instagram.com/snowman.official.9 | https://www.instagram.com/hikaru_iwamoto.05.17 | https://www.instagram.com/hikaru_iwamoto.05.17 |
| 21 | Photo | https://www.instagram.com/fumakikuchiiinsta_ | https://www.instagram.com/fumakikuti | https://www.instagram.com/fumakikuti |
| 22 | Photo | https://www.instagram.com/fumakikuchiiinsta_ | https://www.instagram.com/p/DDcWczSzHAp | https://www.instagram.com/huuma037 |
| 23 | Photo | https://www.instagram.com/fumakikuchiiinsta_ | https://www.instagram.com/kiku_tihuuma | https://www.instagram.com/kiku_tihuuma |
| 24 | Photo | https://www.instagram.com/ryota.miyadate0325 | https://www.instagram.com/ryota1993325 | https://www.instagram.com/ryota1993325 |
| 25 | Photo | https://www.instagram.com/ryota.miyadate0327 | https://www.instagram.com/p/CpiOB7jvW7B | https://www.instagram.com/miyad_ateryouta |
| 26 | Photo | https://x.com/TAIGA_KYOMO33 | https://www.instagram.com/p/C5Y0tyCSZiH | https://www.instagram.com/kyomoto_taiga_desu |
| 27 | Photo | https://x.com/TAIGA_KYOMO33 | https://www.instagram.com/p/CGSNiGQj-kJ | https://www.instagram.com/kyoumoto_____official_ |
| 28 | Photo | https://x.com/TAIGA_KYOMO33 | https://www.instagram.com/p/Ch69qqHBtcB | https://www.instagram.com/fack21497 |
| 29 | Photo | https://www.instagram.com/yoshitaka__hara | https://www.instagram.com/harayoshitaka_official | https://www.instagram.com/harayoshitaka_official |
| 30 | Photo | https://www.instagram.com/sn_kojimukai_officia | https://www.instagram.com/p/B-elKWYntPo | https://www.instagram.com/mukai.offical |
| 31 | Photo | https://www.instagram.com/sn_kojimukai_officia | https://www.instagram.com/p/CpiKQxIpksU | https://www.instagram.com/muk_aikouzi |
| 32 | Photo | https://www.instagram.com/daisuke.sakuma_sn | https://www.instagram.com/p/CnPU9u4vJUi | https://www.instagram.com/zuojiujiandai |
| 33 | Photo | https://www.instagram.com/daisuke.sakuma_sn | https://www.instagram.com/saku.ma.0705 | https://www.instagram.com/saku.ma.0705 |
| 34 | Photo | https://www.instagram.com/shori_sato_official | https://www.instagram.com/sato.shori_1030 | https://www.instagram.com/sato.shori_1030 |
| 35 | Photo | https://www.instagram.com/shori_sato_official | https://www.instagram.com/p/Bk9KADVhM2p | https://www.instagram.com/satoshori96 |
| 36 | Photo | https://www.instagram.com/taiki_shinozuka0709 | https://www.instagram.com/shinozuka.__.taiki | https://www.instagram.com/shinozuka.__.taiki |
| 37 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/hokuto.matsumura_sixtones | https://www.instagram.com/hokuto.matsumura_sixtones |
| 38 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/hokuto.matsumura_official | https://www.instagram.com/hokuto.matsumura_official |
| 39 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/pocono947 | https://www.instagram.com/pocono947 |
| 40 | Photo | https://www.instagram.com/so.matsushima_1997 | https://www.instagram.com/sexyzone_greenrose | https://www.instagram.com/sexyzone_greenrose |
| 41 | Photo | https://www.instagram.com/so.matsushima_1997 | https://www.instagram.com/p/Cm1nstcp7MT | https://www.instagram.com/so_matsushima |
| 42 | Photo | https://www.instagram.com/so.matsushima_1997 | https://www.instagram.com/so.matsushima___ | https://www.instagram.com/so.matsushima___ |
| 43 | Photo | https://www.instagram.com/so.matsushima_1997 | https://www.instagram.com/p/B_rmJ6zD29T | https://www.instagram.com/so_mafffu1127 |

**EXHIBIT A**

| # | Type | Profile | Post | Source |
|---|---|---|---|---|
| 44 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/CJRHRwHJ3H0 | https://www.instagram.com/morimoto_shintarou |
| 45 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/B-lcgebnJi0 | https://www.instagram.com/morimoto_.ofical |
| 46 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/daigo_nishihata__0109 | https://www.instagram.com/daigo_nishihata__0109 |
| 47 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/p/CdIbt_RhF0D | https://www.instagram.com/nishihata_1.9 |
| 48 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/p/CpkuqClv1cx | https://www.instagram.com/nisi_hatadaigo |
| 49 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/kazuya_ohashi.0809 | https://www.instagram.com/kazuya_ohashi.0809 |
| 50 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/o__hashi.k0809 | https://www.instagram.com/o__hashi.k0809 |
| 51 | Photo | https://www.instagram.com/08.07_ryuche | https://www.instagram.com/p/CdBIRqZpQfc | https://www.instagram.com/onishi_ryusei_8.07 |
| 52 | Photo | https://www.instagram.com/08.07_ryuche | https://www.instagram.com/p/CfDqp3Rr0XI | https://www.instagram.com/ryu__202 |
| 53 | Photo | https://www.instagram.com/08.07_ryuche | https://www.instagram.com/p/Cpcpq8CPvyv | https://www.instagram.com/oonisi.ryuusei |
| 54 | Photo | https://www.instagram.com/kento.nagao_0815 | https://www.instagram.com/nagao_kento.728.815 | https://www.instagram.com/nagao_kento.728.815 |
| 55 | Photo | https://www.instagram.com/kento.nagao_0815 | https://www.instagram.com/p/Cpkv2qlBKrV | https://www.instagram.com/nagaokento36 |
| 56 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/DKongrmT-In | https://www.instagram.com/juri.tanaka_.sixtones |
| 57 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/CryOkfEvTX- | https://www.instagram.com/sixtones615618 |
| 58 | Photo | https://www.instagram.com/shota_watanabe_sn_official | https://www.instagram.com/p/CMeeWlXjFw6 | https://www.instagram.com/w.syota1105 |
| 59 | Photo | https://www.instagram.com/shota_watanabe_sn_official | https://www.instagram.com/p/CXxtxEHAEYN | https://www.instagram.com/watanabe.shota1105 |
| 60 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/joichirofujiwara.naniwa | https://www.instagram.com/joichirofujiwara.naniwa |
| 61 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/jo___0208official | https://www.instagram.com/jo___0208official |
| 62 | Photo | https://www.instagram.com/naniwadanshi728off | https://www.instagram.com/p/Ci1M071vknq | https://www.instagram.com/joichiro_kazuya728 |
| 63 | Photo | https://www.instagram.com/michieda_725_shunsuke | https://www.instagram.com/mx_shun | https://www.instagram.com/mx_shun |
| 64 | Photo | https://www.instagram.com/michieda_725_shunsuke | https://www.instagram.com/p/CgZkhjKJ7pS | https://www.instagram.com/michieda.shunnsuke |
| 65 | Photo | https://www.instagram.com/sn_meguro.ren_official | https://www.instagram.com/p/CmWjtaqPy0t | https://www.instagram.com/meguroren__0216 |
| 66 | Photo | https://www.instagram.com/sn_meguro.ren_official | https://www.instagram.com/p/CHnB4kwHWW9 | https://www.instagram.com/meguro_ren1997.0216 |
| 67 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/CXXYgTGvRK3 | https://www.instagram.com/youvu77 |
| 68 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/yugo.st_38 | https://www.instagram.com/yugo.st_38 |
| 69 | Photo | https://www.instagram.com/sixtones_official | https://www.instagram.com/p/CH8mxPfBDe1 | https://www.instagram.com/a58638 |
| 70 | Photo | https://www.instagram.com/keiichiro.koyama | https://www.instagram.com/p/BcgNdlQDx1O | https://www.instagram.com/news_koyama_keiichirou |
| 71 | Photo | https://www.instagram.com/shigeaki_kato_whoiam | https://www.instagram.com/p/CvOh0QuM9wl | https://www.instagram.com/vol.katoshigeaki |
| 72 | Photo | https://www.instagram.com/takahisaaaamasuda | https://www.instagram.com/p/CXOjhexh7Te | https://www.instagram.com/news19860704 |